

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs                                     CR NO. 1:03-10078-03-T

RICKY PERSUAD

### ORDER ON CHANGE OF PLEA

This cause came on to be heard on July 6, 2005, Assistant U. S. Attorney, Richard Leigh Grinalds, appearing for the government, and the defendant appeared in person and with counsel, M. Dianne Smothers, who was appointed.

With leave of the Court, the defendant withdrew the Not Guilty Plea heretofore entered and entered a plea of GUILTY as charged in Count 1 of the Indictment.

This case has been set for sentencing on **Monday, October 24, 2005, at 8:45 A.M.**

The defendant is allowed to remain on his present bond.

IT IS SO ORDERED.

                                       JAMES D. TODD
                                       UNITED STATES DISTRICT JUDGE
                                       DATE: 7 July 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 07-11-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 96 in case 1:03-CR-10078 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT