# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | No. 03-10078-T |
| RICKY PERSUAD, ) | |
| Defendant. ) | |

## ORDER DENYING MOTION TO CONTINUE SENTENCING

Defendant has moved for a continuance of a the sentencing set for October 24, 2005. Defense counsel states that she received the presentence report on October 4, 2005, and mailed a copy to defendant who resides in New York. Counsel states that she has not yet had an opportunity to speak with defendant and to prepare defendant's response to the report. Counsel further states that she has been out of the office for two business days since October 4.

Because the presentence report was received by counsel approximately three weeks before the sentencing hearing and because counsel had ten business days within which to contact defendant, the motion to continue the sentencing hearing set for October 24, 2005, is denied.

IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

20 October 2005
DATE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-20-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 102 in case 1:03-CR-10078 was distributed by fax, mail, or direct printing on October 20, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT