IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs.                                                              CR NO. 1:03-10078-03-T

RICKY PERSUAD

## ORDER TO SURRENDER

Defendant, Ricky Persuad, #55784-054, having been sentenced in the above styled matter to the custody of the Bureau of Prisons, and having been granted leave by the Court to report to the designated institution at his own expense, is hereby ordered to surrender himself to the Bureau of Prisons by reporting to: FCI Allenwood Low, P. O. Box 1500, Route 15 (2 miles north of Allenwood), White Deere, PA 17887, telephone number 570-547-1990, no later than 12:00 Noon on Friday, December 2, 2005.

It is further ordered that upon receipt of a copy of this order, the defendant shall sign and return the copy, to acknowledge receipt of said order and that he will report as directed to the above named institution.

IT IS ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: 3 November 2005

ACKNOWLEDGMENT TO BE SIGNED BY THE DEFENDANT: I agree to report as directed in the above order and understand that if I fail to so report, I may be cited for contempt of court and if convicted, may be punished by imprisonment or fine or both.

_____                          _____
Date                                              Defendant Signature

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on  11-09-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 119 in case 1:03-CR-10078 was distributed by fax, mail, or direct printing on November 9, 2005 to the parties listed.

---

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT